UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY JARVIS-PERKINS,

   Plaintiff,

-vs-                                    CASE NO.:  8:17-CV-00402

BLUESTEM BRANDS, INC., d/b/a
FINGERHUT,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, MARY JARVIS-PERKINS, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MARY JARVIS-PERKINS, and Defendant, BLUESTEM BRANDS, INC. d/b/a FINGERHUT, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by via E-Filing on this 7th day of June, 2017.

                                              /s/Shaughn C. Hill, Esquire
                                              Shaughn C. Hill, Esquire
                                              Morgan & Morgan, Tampa,  P.A.
                                              One Tampa City Center
                                              Tampa, FL 33602
                                              Tele:  (813) 223-5505
                                              Fax:  (813) 223-5402
                                              shill@forthepeople.com
                                              Florida Bar #:  0105998
                                              Attorney for Plaintiff